IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-55-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERSKINE ALFONZA SPRUILL, | ) | |
| | ) | |
| Defendant. | ) | |

Erskine Alfonza Spruill filed a motion for return of property [D.E. 20] and a motion to stay [D.E. 34]. The United States responded in opposition to the motion for return of property [D.E. 32] and the motion to stay [D.E. 36].

The court agrees that Spruill has a means at law to contest the seizure or continued retention of the property. See, e.g., Ibarra v. United States, 120 F.3d 472, 475–76 (4th Cir. 1997). Thus, the motion for return of property [D.E. 20] is DENIED. In addition, the motion to stay [D.E. 34] is DENIED.

SO ORDERED. This 6 day of January 2011.

JAMES C. DEVER III
United States District Judge