IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-55-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERSKINE ALFONZA SPRUILL, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion [D.E. 65] not later than March 4, 2022. The response shall also include the view of defendant's probation officer.

SO ORDERED. This 11 day of February, 2022.

JAMES C. DEVER III
United States District Judge