IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-55-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERSKINE ALFONZA SPRUILL, | ) | |
| | ) | |
| Defendant. | ) | |

Erskine Alfonza Spruill ("Spruill") moved for early termination of his supervised release [D.E. 65]. The government responded that Spruill has concluded his term of supervision [D.E. 69]. The motion for early termination of Spruill's supervised release [D.E. 65] is DISMISSED as moot.

SO ORDERED. This 18 day of April, 2022.

JAMES C. DEVER III
United States District Judge